A. **POLICY**

If an employee violates any work rule, he or she will be subject to discipline as set out in this policy. The employee's immediate supervisor shall be responsible for imposition of discipline. A supervisor may utilize any of the methods outlined in Section B that the supervisor determines to be appropriate. The supervisor is not required to follow a specific pattern of progressive discipline.

B. **PROCEDURE**

Discipline will be imposed by the employee's immediate supervisor through one of the following types of discipline:

(1) **Verbal Warning:**

If a verbal warning is given to the employee, the supervisor shall make a record of the verbal warning, including the work rule violation, the date of the violation, the corrective action to be taken by the employee, and any applicable timelines.

(2) **Written Warning:**

If a written warning is given to the employee, it shall contain:

(a) the work rule violated

(b) the corrective action to be taken by the employee and any applicable timelines

(c) the consequences of failure to correct the problem.

(3) **Suspension:**

If a letter of suspension is given to the employee, the letter will include:

(a) the work rule violated

(b) the length of the suspension and whether it is without pay

(c) the corrective action to be taken by the employee and any applicable timelines


EXHIBIT A

MARCH 2001

      (d)    the consequences of failure to correct the problem

  (4)   **Discharge:**

If a supervisor discharges an employee, a letter of discharge shall be issued which will include the effective date of the discharge.

Prior to issuing any suspension or discharge the Supervisor or Department Head must consult with the Personnel Director.

C.    **CONDUCT SUBJECT TO DISCIPLINE**

  (1)   The following list includes, as examples, conduct that may lead to discipline under this policy. The list is illustrative and does not include all conduct for which discipline may be imposed.

  (2)   Nothing in this policy shall be construed to require a supervisor to impose discipline in a sequential or progressive manner. A supervisor has discretion to impose discipline that he or she determines is appropriate under the circumstances.

  (3)   An employee may be disciplined for the following infractions:

      (a)   Reporting to work under the influence of drugs or alcohol.

      (b)   Consumption of alcoholic beverages during scheduled work period.

      (c)   Use, possession, or sale of illegal drugs on County premises or during working hours.

      (d)   Illegal gambling during work hours or on County property.

      (e)   Theft of County property.

      (f)   Willful misuse, abuse or damage to property.

      (g)   Carrying a weapon on County premises, except law enforcement personnel, within the scope of their duties.

      (h)   Violation of safety rules.

      (i)   Tardiness

      (j)   Abuse of break or lunch time limits.

(k)    Misuse of sick leave.

(l)    Absenteeism.

(m)    Failure to report to work without a leave.

(n)    Sleeping on duty.

(o)    Non-compliance with County ordinances or written departmental rules or procedures.

(p)    Harassment of fellow employees.

(q)    Being disrespectful to clients or to the public.

(r)    Patient abuse.

(s)    Breach of statutory confidential materials.

(t)    Creating a disturbance on work premises by fighting or other conduct which adversely affects morale, production or maintenance of proper discipline.

(u)    Insubordination, including refusal to perform work assignment.

(v)    Poor work performance.

(w)    Performing personal work during regularly scheduled work period.

(x)    Falsifying or refusing to cooperate when job related accidents are being investigated.

(y)    Falsifying reports or records.

(z)    Falsifying time cards.

The above list is illustrative and does not include all conduct for which discipline may be imposed.

(4)    The Sheboygan County Employee Report Form, SCF-1098 recording discipline, suspension and/or discharge actions shall be completed and filed in the Personnel Department in a timely manner.

D.  **APPEAL PROCESS**

An employee may make a formal appeal regarding an application of discipline. In order to be considered valid, the appeal must be presented within fifteen (15) working days following the incident or occurrence, which gave rise to the incident. If the appeal is not presented within this time frame, it shall be considered null and void.

A written statement shall be prepared by the employee and presented to the Personnel Director for consideration by the Discipline Appeal Committee. The written statement shall include a statement of the incident, a description of the action sought, and any information available to support the appeal.

The Discipline Appeal Committee shall consist of the Personnel Committee and the Chairperson and Vice-Chairperson of the liaison committee for the Department in which the complainant is employed, or their designees.

The Discipline Appeal Committee shall meet with the employee within fifteen (15) days. Following the conclusion of the hearing, the Discipline Appeal Committee shall render its decision regarding the appeal in writing and such decision shall be binding upon the parties.

E.  **FORMS**

Employee Report Form SCF-1098