UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DOROTHY E. GOELZER,

       Plaintiff,

vs.                                 Case No. 07-C-451

SHEBOYGAN COUNTY and
ADAM N. PAYNE,

       Defendants.
_____

## STIPULATION FOR DISMISSAL
_____

The parties, by their respective counsel, hereby stipulate that the Court may enter an Order dismissing the above-captioned matter, with prejudice, and without costs or fees to either party.

| | |
|---|---|
| Dated: January 13, 2011 | **LINDNER & MARSACK, S.C.**<br><br>By: s/Oyvind Wistrom<br>Oyvind Wistrom<br>Attorneys for Defendants<br>411 East Wisconsin Avenue, Suite 1800<br>Milwaukee, WI 53202-4498<br>414-273-3910<br>414-298-9873 (Facsimile)<br>owistrom@lindner-marsack.com |
| Dated: January 11, 2011 | **ROHDE DALES LLP**<br><br>By: s/Anthony Resimius<br>Anthony Resimius<br>Attorneys for Plaintiff<br>607 North 8th Street, 7th Floor<br>Sheboygan, WI 53081<br>(920) 458-5501<br>(920) 458-5874 (Facsimile)<br>resimius@rohdedales.com |